JOHN J. JONES, Appellant, *v.* LEWIS J. VALENTINE, as Police Commissioner of the City of New York, etc., Respondent.

Argued November 17, 1937; decided December 7, 1937.

586

*Sidney Fertig* for appellant.

*Paul Windels, Corporation Counsel* (*Nicholas Bucci, Paxton Blair* and *Charles E. Hirsimaki* of counsel), for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.